United States District Court
Northern District of Indiana.
Hammond Division

-FILED-

NOV 27 2023

At ____ Chanda J. Berta, Clerk ___ M
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Plantiff
Garrett Whittenburg

Cause No.:

2:23-cv-425

Defendant Lake County Facility,
Warden, Classification,
Medical, Correctional Officers,
Commissary, Telmate, Public
Defender, Judge, lawyer

The Defendants Name and Job title. ↓

Unknown FirstName    Unknown lastname Jobtitle Warden

Unknown FirstName    Jarrette lastname Job title
Classification

Unknown FirstName    Unknown lastname Jobtitle Medical

Unknown FirstName    Unknown lastName Jobtitle
Telmate technician

Unknown FirstName    Powell lastname Jobtitle
Correctional Officer

Unknown FirstName    Shannon lastname Job title
Correctional Officer

Unknown FirstName    Ruiz lastName Jobtitle
Correctional Officer

Unknown FirstName    Harrington lastname Jobtitle
Correctional Officer

Unknown FIRSTNAME    Unknown lastname Jobtitle
Correctional Officer

Angela FIRSTNAME    Jones lastname Jobtitle Public
Defender

TERRICONDE FIRSTNAME    Peterson lastname Job
title Inmate

TYREIESE first name    Couture lastname Job
title Inmate

Johnnie FIRST NAME    Wellin last name Jobtitle
Inmate

MARK FIRST name    Neimac lastname Job
title

~~Unknown~~ FIRSTNAME    ~~Unknown~~ lastname Jobtitle
Commissary

Unknown FIRST NAME    ~~Unknown~~ LastName Job
title LAW library

Unknown FIRST NAME    Unknown lastname Job
title Correctional Officer.

What is your Address? 2293 N. Main street Crown
Point Indiana 46307

What is your telephone number? N/A

Have you ever sue Anyone for these EXACT claim? Yes OR
NO

IF yes Attach copies of the final Judgement or Additional
Sheet listening the court case number, Filing Date Judge
ment Date And the results of the previous case

CLAIMS AND FACTS (WRITE A SHORT AND PLAIN STATEMENT STATING
WHAT EACH DEFENDANT DID WRONG USING SIMPLE English WORDS
AND SENTENCE)

DO not USE legal OR Malike legal Argument. Explain WHEN, WHERE,
Why, AND How it Happen. Include Every Fact neccessary to Ex
plain YOUR CASE AND Describe your Injury or Damage.

Number Any Document you Attach AND REFER to them by number
In YOUR Complaint

DO not INClude the NAMES OF minor

DO not INClude SOCIAL Security number OR DATE OF Birth

USE EACH DEFENDANT NAME EVERY time you REFER to that
DEFENDANT

Number your PARAGRAPH.

RELIEF! IF YOU WIN THIS CASE What DO YOU want the COURT to
ORDER the DEFENDANT to DO Any Compensation the FEEL Im entitle
to I Leave the the COURT to malke that DECISION. Any money the
DEFENDANTS RECIEVED from this CRUEL AND VICIOUS ACT to be con
fiscated, Seized, Also punish to the FULLEST extent. Every Infraction
Containing to this Incident to be Changed And FIXED to prevent
this from happening to Anyone Else MORE Importantly than Any-
thing, Any PAIN AND suffering, psychological, Emotional Stress Compensati
I LEAVE to the COURTS to malke the DICISION OF What I GET
Murder Filing Suit
ARE You paying the filing suit  YES OR NO
                $402.⁰⁰

I understand that Im responsible to notify the DEFENDANT
About this CASE AND REQUIRE by FEDERAL RULE OF CIVIL PRO-
Cedure 4 that mean if you went the CLERK to Sign and

Seal A Summit you prepare the summit And Commit to the Clerk? YES OR NO

I'm filing A motion to proceed in Federal pauperis And Asking the court to notify the Defendant About this Case. YES OR NO

Initial EACH Statement G.W

I would keep A Copy of EACH Complaint for my record YES OR NO

I would properly notify the court IF Change Any Address? YES OR NO

I Declare Under penalty and perjury that the Statement in this Complaint Are true YES OR NO

Sincerely    NOVEMBER 20, 2023

Garrett Whittal

# SUICIDE WATCH

November 16,2021 I turned myself in to Lake the County Jail Crown Point, Indiana I went on Suicide watch and protected custody immediatly As soon as I found Out what I was charge with while on Suicide WATCH for 3 Days Which was November 19, 2021 I WAS Release to VA-POD Which is consided the New Jail.

# VA-POD 2021

I was Release to VA-POD which is considered the new Jail And A Quarantine tier for people who is Just coming From the Outside world with New Charges. While on Quarantine VA-Pod was Doing 4 cells out At a time for they 1 hour Range (which I later found out was All A plot by Lake County Jail Officials) The next which was November 24, 2021 I Had got A video visit From the Mother of my child Tonyanna Layoyce Harris who Mother Tonyanna Layoyce Blackman had set the video visit up thru the Getting out Com App. I had to Ask one of the Guys who was but on my Range which was Terrieonne Peterson How do you except the visit because where you press except there's a blank space that Only A person from this County (Lake County) would know to press to further Except the video visit. Terrieonne Peterson Aka Tee Aka Pudge Showed me How to Do it. After the video visit I Got in the Shower And went Inside my cell I notice Neela on the wall Inside my cell which is Tonyanna Layoyce Harris Nick Name. I Didnt Think Nothing of it because Im not From this State but I later Discover on the Quarantine tier Every body on the tier Did Not Just Get Locked up In fact the Inmates Keep the tablets with the Assistance of Correctional Officer who watch Other Inmates put they pin number in then Steal they pin Number the Correctional Officer then Uplift the Face Recognition Depending on what type of tier you place on and the Inmate get your Family Email Address phone number and Name which is All visible on video App Once you log in. Then they would do homosexual acts behind your back or in front of you And the Correctional Officer would take the picture from a cell war phone And If that Dont work they would put Sleep

# 3SF OLD JAIL

3SF which is considered the OLD Jail Tiers (3SF I later found out was the kitchen tier which classification would clear out and have other inmates work in the tier to do they dirty work, none of cell doors lock when they are completly do like a person can walk in your cell while you sleep and you wouldn't even know it classifications made this tier seem like it was protected custody for people with charges like mine. Everybody on the tier claim they have charges similar to mine (Another thing prior to coming to 3SF Angela Jones mailed me a briefing of my discovery which I didn't even ask for this was November 23, 2021 the day before coming to 3SF) Another set up) About Death ... Terreionne Peterson AKA Tee AKA Pudge claim to know one of the guys on the tier 3SF Ronnie Jackson AKA RJ. Deontae Fountain AKA Dee Tyreiese Couture AKA Stix Marik Nemnar AKA Shaggy all introduce themselves said this is a cool tier we all just trying to go home I called my mother Courtenay Wittenburg and inform Courtenay Wittenburg I got moved to another tier. I got a video visit from Tonyanitha Laguye Harris. That evening I got another inmate new inmate went inmate on [crossed out: they brought another] the tier Lonnie Wellin AKA Scratch about a hour and a half after eating dinner I felt real hyper. Terreionne Peterson AKA Tee AKA Pudge approach me about do Tonyanitha Laguye Harris has some friends because Terreionne Peterson AKA Tee AKA Pudge seen I got video visit I told Terreionne Peterson AKA Tee AKA Pudge Tonyanitha Laguye Harris has a few buddy's, Terreionne Peterson AKA Tee AKA Pudge proceed to tell me about this prostitute ring Terreionne Peterson AKA Tee AKA Pudge had set up and if Tonyanitha Laguye Harris buddies was down we could get paid I told Terreionne Peterson AKA Tee AKA Pudge that I would check into it with really no attentions of checking into it. Every now and then thru this conversation Lonnie Wellin AKA Scratch would chime in on the conversation as Lonnie Wellin AKA Scratch was walking back and forth thru the tier. Terreionne Peterson AKA Tee AKA Pudge was telling me how all the nurses was his hoes. Terreionne Peterson AKA Tee AKA Pudge ask

medication in your food And when you nod off they would pull they penis out and take picture of they penis by your face. Then contact your family, spouse And tell them your man in here cheating on you. Shh He Dont want you to know And you wouldn't Have A Clue of what going on because you Dont even have knowledge of what even happen or they extort your family, bribe, Etc using Any tactic. November 21, 2021 or November 22, 2021 which was my court date. I had got my lunch tray And After I Ate I felt extremly Drowsy even though I Slept All thru the Night the Day before so I layed Down Shortly After that they call us out for our 1 hour range the Hair clipper was on the tier in the Dayroom, so I asked Terrieonne Peterson AHA Tee AKA Pudge who was cutting Hair on the tier could he line me up which Terrieonne Peterson AHA Tee AKA Pudge Did I ended up Dozing off while Terrieonne Peterson AKA Tee AKA Pudge was lining me up When I woke up my face was wet And Terrieonne Peterson AHA Tee AHA Pudge And the other 2 inmate unknown was laughing they said I had just fell A sleep And start drooling/which I later found was nonsense they have a thing in the county jail call Bidding that people who are not from Indiana Aren't Aware Knock him out mean Drug Him, Stab Him up mean stick your penis in his mouth, swipe Anus with penis, Etc Beat him up mean slap your penis on his Face All this be going on to certain inmate who Aren't from here And they Dont even Know it because they be Sedating Nurse, Correctional officer, Inmate who Are from Here Doing federal time Etc. mental Health And Any Lake County Jail official Assist these Cruel Acts they then place these Cruel Acts on the Dark web VPN And get paid off of it Depending on how many views they get) I went and Got on the phone and Spoke to Tonyawha Layuce ~~Prince~~ Blackman ~~who~~ both told me somebody called from Lake County Jail talking About they had the wrong number I Didnt think nothing of it because the way the tier VA Pod was lined up the same 4 people came out for they 1 hour Range At the same time, but At Different hours each Day. on November 24, 2021 Terrieonne Peterson AKA Tee Aha Pudge And myself was moved to 3SF. which is considered

Ask me DID I be hustling I told Terrieanne Peterson AKA Tee AKA Pudge I mainly was selling weed. And I smoke weed and Snort powder every now and then The next Day During med line or the fell wing Day Terrieanne Peterson AKA Tee intro Juce c/o Shannon As Terrieanne Peterson AKA Tee AKA Pudge Blood brother that was that. The next Day From me Being on tier 3SF November 25, 2021 Jauyon Boatman Had came out of his cell And introduce himself As Jauyon Boatman lightskin "G". Jauyon Boatman AKA Lightskin "G" Had Alot of commissary And Terrieanne Peterson AKA Tee AKA Pudge Begin to Act like He known people on the tier for years Terrieanne Peterson AKA Tee AKA Pudge began making meals out of Jauyon Boatman AKA Lightskin "G" And Deontae Fountain AKA Dee Commissary for Deontae Fountain AKA Dee Jauyon Boatman AKA Lightskin "G" Terrieanne Peterson AKA Tee AKA Pudge And myself (which was Another set up Away to put heroine, Sleeping, Prescription, Narcotic Drugs in my meal) I had endup Going to commissary for mainly cosmetics And A few food items But I notice Deontae Fountain AKA Dee Had bigger bag of chips And cookies, etc And I Asked Deontae Fountain AKA Dee where he Get these thats when Deontae Fountain AKA Dee informed me they Lake County Jail has A outside order Commissary And A in house commissary. So I Called Courteney Whittenburg And Inform Her About this And Courteney Whittenburg said she would check into it because Lake County Jail money wiring process wasn't Allowing Her to send me money for some odd reason I Didnt think nothing of it. Terrieanne Peterson AKA Tee AKA Pudge began telling Jauyon Boatman Lightskin "G" He cant stand him and he would beat Jauyon Boatman AKA Lightskin "G" Ass. Just out of the blue And Jauyon Boatman AKA Lightskin "G" And Tyreese Couture AKA Stix would out of Nowhere say, I Dont look like him Refering to me. Anywhere between November 26, 2021 thru November 30, 2021 I recieved A video visit from Tonya AKA Lajoyce Harris this was shortly After the Lunch or Dinner feed while on the video visit I began to talk to Tonya AKA Lajoyce Harris And Terrieanne Peterson AKA Tee AKA Pudge Came in the telmate booth and push me off of my video visit And

And began to talk to Tonyanika Lajaye Harris when I stepped outside of the video Booth the whole tier looked as if they were going to Attack me Jayce Boatman AKA Light Skin "G" gave me the signal as to not Do nothing they gone jump you A few minute went pass And Deontae Fountain AKA Dee said Give the Boy Back his visit. I notice I was feeling fatique like my muscel was weak. I came in the video booth and move Terrieonne Peterson AKA Tee AKA Pudge out the way And the Tonyanika Lajaye Harris said Beat Terrieonne Peterson AKA Tee AKA Pudge Ass He Just up his penis on me and your Daughter ~~Thulululu~~ ~~llululullu~~ I told Tonyanika Lajaye Harris to chill out I cant Do nothing Right now they gone Jump me. (No Disciplinary ticket was written on this incident by Correctional Officer un-known who was monitoring the visit) In fact Terrieonne Peterson AKA Tee AKA Pudge continue to stay on 3SF Now It was two tablets on the tier 3SF but for some odd Reason you mainly only Seen one, Now For the Next Couple of Days Terrieonne Peterson Aka Tee AKA Pudge would be walking up and down the tier 3SF talking Real Disrespectful saying Dont Nobody touch the pick up tray which is the extra food tray or he would lluck they Ass All this would be going on while Terrieonne Peterson AKA Tee AKA Pudge Had the tablet in his hand with the head phones on. (Now when you Except your video visit on the tablet It Dont show the visit on the Screen the Screen be blank Unless you Do your visit on the Charger In the booth and if you plug the headphones in the tablet you cant Hear the other person on the visit All A person Have to Do is keep the tablet when Another person visit came thru type they pin number In and face the tablet in they Direction showing they face of the person who visit there is And get on your visit Acting like you told them to Except the video visit when you really DIDNT or Just Start talking About females while this person Girl is on the tablet. And He not knowing an Act like He punking you And this might not even be you He punking Just All types of ways to try to Still your Girl And Correctional Officer Assist these Incident By Sharing Information you talking About on your visit or Phone Call with Other Inmates so they would Know exactly

What to say. Also most of the tablets are rigged some have Apps loaded up for certain Inmates and your up date for Apps wont come for months. On ~~illegible~~ which is my BirthDay I Didn't get to make Commissary because the money wiring App wasn't allowing Courteney Whittenburg to wire me money So Deontae Fountain AKA Dee (who BirthDay was Alledly ~~illegible~~ ~~illegible~~ told me not to worry. Deontae Fountain AKA Dee said He would put up most of the Items for my birthday meal And when I go to store I could just give it back when we make the meal For his birthday. Terrieonne Peterson AKA Tee AKA Pudge made the meal For Deontae Fountain AKA Dee, Jayon Boatman AKA Light Skin B", Terrieonne Peterson AKA Tee AKA Pudge, And MySELF. I talk to Courteney Whittenburg December 4, 2021 who told me take County Jail Indiana Packaging Allow her to make An outside order And it should be there Monday which Courteney Whittenburg was Correct. (I later found Outside orders came every week not every 2 weeks like everybody on 3SF was telling me and Correctional Officer was Actually serving outside order every 2 weeks to certain Inmates) Terrieonne Peterson AKA Tee AKA Pudge prep the meal earlier that Day And ~~stated~~ He was gone make the meal later on that evening Terrieonne ~~illegible~~ Peterson AKA Tee AKA Pudge and me had a little Disagreement because Terrieonne Peterson AKA Tee AKA Pudge Didn't want to put the whole summer Sausage in the meal. Which I later found out was part of the plot. Now this whole time it was some guy from my Neighborhood who claim "LAFA" unknew who been locked up In White County Jail Alot longer than me And Also had Relationships with Correctional Officer 3 Being Correctional Officer Shannon Correctional Officer R. Powell Correctional Officer Ruiz and these Officer would pass messages, lock, tiers Down, etc LAFA unknew was plotting on me And my Charges Didn't make It ~~knows~~ who Better knows And Terrieonne Peterson AKA Tee AKA Pudge ~~illegible~~ Basically Set the Attack in motion. So mostly the whole Day the tier slept on my birthday I later found Out this was a plot from ~~illegible~~ Ten 1 of the many Books LAFA unknew Terrieonne Peterson AKA Tee AKA Pudge Had Read. I Stayed up of course waiting on to see TanyaNika LaJoyce Thoris and my Daughter ~~illegible~~ who Didn't visit me until

later on that evening, Later on when the whole tier Decided to get up DINNER TRAYS CAME And shortly AFTER that MEDLINE CAME TERRIEONNE PeterSon AKA TEE AKA Pudge began making the meal So in between that time TERRIEONNE PeterSon HAd Some time to SpARE (AKA TEE AKA Pudge) So DEANTRE FOUNTAIN AKA DEE Stated He WANTED to play Some FREE SpAces (cARD GAME) MEDICATION CAME A little EARLY. I GoT my MEDICATION Which was NAPROXIN A AS NEEDED PAIN MEDICATION And I notice the pill was Alot longer than normal And I ASked the NURSE who go by Alex (BlAck) DID they Change my MEDICATION And NURSE Alexi Stated Boy JuSt HURRY up and take your medicine which I DID. Shortly AFTER that AT the cARD tABLE While playing CARDS I began to Feel REAL DRowsy to the point I couldn't StAnd up bARELY OR See the playing CARDS. SO I GoT up Stumble to my Room wHERE I layed Down What FELT like 15 min to 30 min /AFTER Ronnie JAckSon AKA RJ Woke me up And SAID I have A VIDEO VISIT. I GoT on the video VISIT And TonyANIKA LAjoyce HARRIS And my DAUGHTER ~~this person which will be this story~~ was wishing me A happy BIRthDAY About 3 minutes into the VIDEO VISIT I Could bARELY keep my EYES open SO I told TonyANIKA LA-joyce HARRIS to CAll me tommorow I FEEL HIGH. I WENT to lAy BACK Down And TERRIEONNE PeterSon AKA TEE AKA Pudge You might AS Well StAy up the Food is Done. Shortly AFTER that TERRIEONNE PeterSon AKA TEE AKA Pudge GAve me my bowl AFTER I Ate my StomAch was immediatly beginning to Feel bloated SO I GoT on the toilet And began to have A bowel movement. In the process OF HAving the bowel movement (MIND you these DooRS DON'T lock) TERR-ieonne PeterSon AKA TEE AKA Pudge wAlk up to me and tried to put His PENIS IN my mouth While I was on the toilet I then puSH TERR-IEonne PeterSon AKA TEE AKA Pudge up OFF OF me And began to Charge At TERRIEONNE PeterSon AKA TEE AKA Pudge into the Hallway wHERE TERRIEONNE PeterSon AKA TEE AKA Pudge WENT INSIDE HiS Cell And Began to PUT ON HiS ShoES TERRIE ONNE PeterSon AKA TEE AKA Pudge ~~Stated~~ Junnie LUELLIN AKA SCRATCH TyREIESE COUtURE AKA SHX And MARK NEIMNAE AKA Shaggy StARted to PUT ON they ShoES (Now CouPLE OF DAyS prior to this inciDENT JAVYON BoortmAN AKA Light SKIN 'B' JuSt So happEN to have A PAIR OF ShoES FOR each OF these InDiViDualS And CommiSSARY wAS only Selling SIZE 12 And up ) When

Terrieonne Peterson AKA Tee AKA Pudge can't out of his cell we begon to scuffle somehow Terrieonne Peterson AKA Tee AKA Pudge Got Behind me and start choking me while holding on to the bars telling Johnnie Wellin AKA Scratch (who was acting like He was trying to breath it up) Help me with this Bitch He a Rapest and a child molester. Johnnie Wellin AKA Scratch began to Grab my feet while Mark Neimnac AKA Shaggy was pulling my pants down. Tyreiese Couture AKA Stix started punching me and my stomach. All I remember before Going to sleep was Terrieonne Peterson AKA Tee AKA Pudge telling Mark Neimnac AKA Shaggy who Had my pants com pletly off at this time was savage life His ass (meaning spit in His Anus) which Mark Neimnac AKA Shaggy did. Terrieonne Peterson AKA Tee AKA Pudge Started stomping me out. I woke up to Terrieonne Peterson AKA Tee AKA Pudge up over me in a push up position with his penis in my mouth. When I came About I push Terrieonne Peterson AKA Tee AKA Pudge up off of me. Terrieonne Peterson AKA Tee AKA Pudge then ran behind Johnnie Wellin AKA Scratch. I Got up to my feet and charged at Mark Neimnac AKA Shaggy who knocked me out because I was too weak from being a Hack and the Drugs in the meal and from the nurse Alex. (I also was yelling Help Before Terrieonne Peterson AKA Tee AKA Pudge Put me to sleep and start stomping me out.) I then woke up to Terrieonne Peterson AKA Tee AKA Pudge who Had me in a Doggy style Position penetrating my Anus with his penis. The whole time this was Going on Correctional Office unknown Had to Give Johnnie Wellin AKA Scratch a celluar phone to Record this while I was knocked out the first time or maybe the second time because I notice Johnnie Wellin Alha Scratch Recording with a celluar phone in one hand and a knife in the other. Terrieonne Peterson AKA Tee AKA Pudge Drag me into my cell with the Help of Mark Neimnac AKA Shaggy the whole time I was yelling Help at the top of my lungs. While in my cell Tyreiese Couture AKA Stix and Terrieonne Peterson AKA Tee AKA Pudge made me kneel by my toilet in my cell why Johnnie Wellin AKA Scratch Recorded with a celluar phone and knife in my Door way with Mark Neimnac. Terrieonne Peterson AKA Tee AKA Pudge and Tyreiese Couture AKA Stix stated why you

2APE that woman and li Hle Girl both taking turns sticking they penis in my mouth. The Guy From the back tier unknown LAFE was yelling thru the vent asIn Him who kill Tony And who was Riding in those stoling cars. The Correctional OFFICER unknown Came Around and seen I was Conscious And said ya'll Got to make it seem like He like it. That when TERRIEONNE Peterson AKA TEE AKA Pudge Stated Just Suck on the Head my penis Im Gone Give Yu \$3,000 Which I DID because I was to weath From Being Drugs And attach. Also, Johnnie Luellin AKA Scratch Having the knife. TERRIEONNE Peterson AKA TEE AKA Pudge SAID PLEASE DON'T tell. TERRIEONNE Peterson AKA TEE AKA Pudge told me to punch him which I DID but was to weath, TERRIEONNE Peterson Stated I Cant Go back Down For Another one OF these I guess containing RAPE. That when TERRIEONNE Peterson AKA TEE AKA Pudge TYROYESE Couture AKA Stix MARK Neminac AKA Shaggy placed my Head in the toilet And held my feet up until I passed out. When I Came About TERRIEONNE Peterson AKA TEE AKA Pudge Urinated in my mouth Made me swallow battery, screw From REMOTE At this time there was urine screw, And Fecies All over me. I was completly NAKED And space out TERRIEONNE Peterson AKA TEE AKA Pudge then was DOING All type OF humiliating Acts to me While I was walthing up And Down the hallway of 3SE A CORRECTIONAL OFFICER unknown Stated ya'll Have to clean Him up, TERRIEONNE Peterson AKA TEE AKA Pudge Stated Im not cleaning shit up y'all clean that bitch up. TERRIEONNE Peterson Made me stand in the hallway And talk Regular like I was Just talking Regular About admitting to the RAPE And the Tony Situation. Correctional OFFICER unknown Sent Sineca last name unknown AKA Simba on the tier a transgender to wash me up In the shower While in the shower TERRIEONNE Peterson AKA TEE AKA Pudge made Sineca AKA Simba Get in the shower And wash me up When I Got out the shower CORRECTIONAL OFFICER unknown Had A Fresh uniform for me, I step in the Hallway inside the holding CAGE I Correctional OFFICER unknown I want to press charges Correctional OFFICER unknown said they gone press charges on you I stated I Don't care I want to press charges And Go to the hospital Correctional OFFICER unknown then Stated

He Grave lose his Job CORRECTIONAL OFFICER UNKNOWN Stated please Dont press Charges He would Get me whatever I wanted me still High From the Drugs Stated I want Some pussy CORRECTIONAL OFFICER UNKNOWN Stated I Got You CORRECTIONAL OFFICER UNKNOWN then PlACED me back on 3SF WITH TERRIEONNE PETERSON AKA TEE AKA Pudge Johnnie Well in AKA Scratch TYREJESE COUTURE AKA STIK And MARK NEIMNAC AKA SHAGGY Shortly AFTER that All the lights on the tier was turn OFF A FEMALE STAFF UNKNOWN WAS brought on the tier who I preform oral on And when It was the Female STAFF UNKNOWN turn to preform oral on me the FEMALE STAFF UNKNOWN Stated Im not sucking his DICH He Got Bumps Around the head of his pen I told the FEMALE STAFF UNKNOWN bitch You Gone suckin my DICK The Female STAFF UNKNOWN then LEFT Up out of the cell I yell to the CORRECTIONAL OFFICER UNKNOWN who told me to Chill out He Got me CORRECTIONAL OFFICER UNKNOWN then Sent A transgender UNKNOWN on the tier who I preform oral on And when I Realize It was A man I Got up And Said Hell Naw, I Start yelling For the CORRECTIONAL OFFICER UN Known AGAIN who Said takne Your FAGGOT Ass to sleep Im not Getting you Shit. I tried to Run to the phone All the Guys on the tier Said Dont let Him Get to the phone Which the whole tier was like takne Your Ass to sleep. To be honest I Dont Know if I was tase by Corr ECTIONAL OFFICER or Stuck with A needle but all I Knew I was space out when I wake Up Which was the following Day DECEMBER 5, 2021 I made A Call to Courteney Whittenburg Asking Courteney Whittenb Have she Heard anything From the PAID AHorney lhirk E. MARRIE Which Courteney Whittenburg Stated NO then I Got the phone number From Courteney Whittenburg And Call Ihirk E. MARRIE my self when I then Spoke With Ihirk E. MARRIE Receptionist Unknown who State Ihirk E. MARRIE would be to see me Srartly. WHEN I Got off the phone With Ihirk E. MARRIE Receptionist unknown I had A EXTIZme headache I went to lay back Down Be mind Ful this was EARly In the DAY Also During the phone Call With Courteney Whittenburg MARK Neiman AKA Shaggy Had told me that the County Still Do money ORDER Because the money WIRING App wasnt Allowing Courteney Whittenburg to Send money (Also my Outside COMMISSARy ORDER NEVER CAME) TERRIEONNE PETERSON AKA TEE AKA Pudge ACTED AS IF HE WAS

mad about something else but was mad MARK NEIMAC AKIA SHAGGY Had told me how to GET money FEET in. I went to lay back in down so cause I had a headache before laying down I seen SINECA AKIA SIMBA come out of CELL 1 which was an Empty cell and I asked TERRIEONNE PETERSON AKA TEE AKA Pudge when He GET over Here (SINECA AKA SIMBA) and TERRIEONNE PETERSON AKA TEE AKA Pudge states they brought h im in last night (SINECA AKA SIMBA) when Correctional OFFICER and inmates REALIZE I DIDNT Remember anything they started plotting. Right before lunch trays Ronnie Jackson AKA RJ came and woke me up saying they want you in the dayroom. There was a list siting on the table and TERRIEONNE PETERSON AKA TEE AKA Pudge state Lathe County Jail Filming a movie down Here and they said if anybody want to earn some money for theyselves and they family they need to sign they name on this list the CorrectionalOfficer unknown in the outside hallway of 3SE was Constantly saying ya'll need to hurry up they About to leave, but all the names war full on the list so Deontre Fountain AKA Dee states you can Stratch my name off of the list and put yours Im About to go Home which I DID and I layed back down what felt like 10-15 minutes later Ronnie Jackson AKA RJ woke me up again stating they want you in the dayroom when I went up there a CorrectionalOfficer unknown was back in the hal way stating ya'll lucky I got ya'll another list can't no names be scratch off of the list. The tier let me sign my name First and I went to lay back Down I called Tonyanika the Harris LaJayce Harris and Tonyanika LaJayce Blackman answer the phone later on that day and Tonyanika LaJayce Blackman stated they claimed you yesterday we need to get you a lawyer I stated what you talking About I got a lawyer Tonyanika LaJayce Blackman then stated a Civil Suit Lawyer why is they still Holding you in that Jail. Tonyanika LaJayce Blackman states we working on getting you out Her there. Shortly After that I spoke with Tonyanika LaJayce Harris and the first thing Tonyanika LaJayce Harris stated out of Her mouth was you such DICK and I told Tonyanika LaJayce Harri Bitch Dont ever Disrespect me like that. When I got off the phone with Tonyanika LaJayce Harris I layed back down the whole time Johnnie Luellin AKA Scratch NEVER came out of his cell. Shortly After that they brought A Guy off when real name I Dont know Bout Bro By Flatboy on the tier. Javyon Boatman AKA Lightskin G' ASK me to

Do his Dreads I told Jaycen Boatman AKA LightSkin 'G' I dont feel good I will probably Do them tommorow. The Next Day December 6, 2021 Terrieonne Peterson AKA Tee AKA Pudge who, Also A Diabetic by the way and Nurse Allow Terrieonne Peterson AKA Tee AKA Pudge to stick himself with a Needle Terrieonne Peterson AKA Tee AKA Pudge would Always have a cup in his hand when sticking himself with the syringe Needle. I also was mysteriously falling off of my Naproxen because I miss 2 days in a Row Terrieonne Peterson AKA Tee AKA Pudge was steady walking pass me laughing talking About Ate that Nut And I stated who the fuck you talking to and Terrieonne Peterson AKA Tee AKA Pudge stated you cant be Eating Everybody cooching in Jail. So I stated you been playing in the meal you been making because you been cooching for more than I pass Terrieonne Peterson AKA Tee AKA Pudge stated Naw, I then proceeded to Do Jaycen Boatman AKA Lightskin 'G' Dreads while Doing Jaycen Boatman AKA Lightskin 'G' Dreads Terrieonne Peterson AKA Tee AKA Pudge Had the tablet in his hand listing to music on the headphones Alledgly. Then All of a sudden Terrieonne Peterson AKA Tee AKA Pud Just start Snapping Get No pick up Tray (extra) or Im Gone Beat they ASS It was Just Jaycen Boatman AKA Light skin 'G' And me in the Dayroom So I Ask Terrieonne Peterson AKA Tee AKA Pudge who you talking to Terrieonne Peterson AKA Tee AKA Pudge stated who ever I then told Terrieonne Peterson AKA Tee AKA Pudge I would Slam that TV in whoever head and stay the fuck out of them. About 3omin later they brought a Guy Real Name Dont Know but Guy by CHI-Town on the tier. And Immediatly Terrieonne Peterson AKA Tee AKA Pudge start Acting like He knew CHI-Town for Years. Terrieonne Peterson AKA Tee AKA Pudge was Reading Tyreiese Coulture AKA Stix case off saying Tyreise Coulture AKA Stix Rape his own 12yr old sister and Tyneise Coultery AKA Stix cant go back home. Mark Neimnac AKA Shaggy was waiting to Use the phone to talk to his Daughter Alledgly And Terrieonne Peterson AKA Tee AKA Pudge start telling Mark Neimnac AKA Shaggy fuck your Daughter I Dont Give A fuck About that little bitch and you want to Rape 12yr old Girls I should beat your ASS Deonte Fountain AKA Dee said let Mark Neimnac AKA Shaggy use the phone So Mark Neimnac AKA Shaggy Didnt want to use the phone So I tried to call Tenyanika Lajoyce Harris but Didnt Get thru.

Terrieonne Peterson AKA Tee AKA Pudge start back talking non sense again Terrieonne Peterson AKA Tee AKA Pudge stated he gun run Mark Neimac AKA Shaggy of his commissary when it came. I ended up getting a video visit from Tonyanika Cajoyce Harris I had to use the small tablet and put it on the charger and the telmate both so I could see Tonyanika Cajoyce Harris Terrieonne Peterson AKA Tee AKA Pudge Had a video visit on the big screen at the same time. I cut my visit short because Tonyanika Cajoyce Harris was acting weird After coming off of the video visit Sineca AKA Simba stated he had a baby out there and all the guys on the tier stated that aint your baby. The Next day After that December 7, 2021 Terrieonne Peterson AKA Tee AKA Pudge Had a paper stating they said sont of the movie gone be on the internet (which was another scam) and some of the guys gone have to play a gray role which I stated I don't mind (there was never no movie) They ended up bringing Another guy on the tier Robert Chandler making it a total of 12 people on a 1U man tier (this was another way of splitting people up and it don't look odd) Shortly the same day they move Deontae Fountain AKA Dee Terrieonne Peterson AKA Tee AKA Pudge Tyreese Couture AKA Stax Mark Neimac AKA Shaggy Fatboy and Chi-Town, Leaving Jakyon Boatman AKA Lightskin G" Johnnie Wellin AKA Scratch Robert Chandler Sineca AKA Simba Romie Jackson AKA RJ and myself Correctional Officer Young Stated he was coming back for the rest of us but never did. One of the tablets was taking off of the tier (Another plot) Another way they could communicate like they still on the tier Jakyon Boatman AKA Lightskin "G" ended up going home that same day they ended up bringing Earl Snearl and a guy who real name I don't know but go by Puncho. Johnnie Wellin AKA Scratch And I would be talking about the Bible and basically how we both miss our daughters. Johnnie Wellin AKA Scratch was telling me how his family own this liquor license company and how they allow felons to get they liquor license after a few years because we both was talking about owning a Bar or a Club. Johnnie Wellin AKA Scratch acted like he didn't know Earl Snearl at first, but ended up slipping up down the line Earl Snearl And Puncho when they go to the shower we'd walk with just they towel wrapped around them Now Puncho said he was

Banding out. They put a facility message on the telmate saying they Lake County Jail is giving out Christmas bags which was another plot. Christmas bag never came. And Johnnie Luellin AKA Scratch and Earl Shearl came up with the idea of let write a request to the warden. Since I didnt know how to use the telmate that good I log in and Johnnie Luellin AKA Scratch set the request up and I fill it out. Johnnie Luellin AKA Scratch and I ended up getting visit and Johnnie Luellin AKA Scratch show me his daughter unknown and mother of his child unknown who started dancing provocatively and I stepped away from the screen because it was ockward. I ended up getting a video visit from Tonyanika Lajoyce Harris and I show Johnnie Luellin AKA Scratch my daughter. Johnnie Luellin AKA Scratch then was telling Ronnie Jackson Alen RJ about this female in Texas who had 9 kids Johnnie Luellin AKA Scratch was gene hook, Ronnie Jackson AKA RJ up with Johnnie Luellin AKA Scratch got a lotter From this unknown woman then a video visit a short while later. Johnnie Luellin AKA Scratch had called me to the visiting booth while Johnnie Luellin AKA Scratch was on the visit and I said hi to this unknown woman and wish her a happy Birthday because she unknown woman suppose to been a Sagi Harris llike me. A little while after that Johnnie Luellin AKA Scratch and myself had a spiritual disagreement And then of some what stop talking to each other. Earl Shearl was Always going on about being a fitness instructor for these 4 women unknown 2 black 2 white, and a Pourican. Earl Shearl kept saying how the pourican woman look good but she always stank when Earl Shearl trained her. Earl Shearl stated he know how to fix credit. And detail cars. They brought another guy on the tier Robert Tucker AKA Rob on the tier bisexual. I ended up getting a video visit from Tonyanika Lajoyce Harris and I notice Tonyanika Lajoyce Harris had a tattoo I asked Tonyanika Lajoyce Harris what the tattoo say Tonyanika Lajoyce Harris then stated Tee I ask Tonyanika Lajoyce Harris who is that Tonyanika Lajoyce Harris then state pudge so I hung up on her. Tonyanika Lajoyce Harris call the next day apologizing telling me how Terrikanne Peterson AKA Tee AKA Pudge had got down on me and the lafa help I told Tonyanika Lajoyce Harris I aint on deck with no lafa but C/O Ruiz C/O Powell was passing

MESSAGES the whole time, Tonyanitha Lajuyce Harris said she gone Get his money with Terriecone Peterson AKA Tee AKA Pudge And Tonya nith Lajuyce Harris But some people down here working on my behalf but Tony anitha Lajuyce Harris never stated what Terriecone Peterson did to me. I told Tonyanitha Lajuyce Harris Im gone rob Terriecone Peterson AKA Tee AKA Pudge After the video visit I notice I had a video visit account set up with Tonyanitha Lajuyce Blackman (possibly talking to Terriecone Peterson AKA Tee AKA Pudge off of my account) Johnnie Luellin AKA Scratch start acting weird talking ying yang talk basically mumbling in between words. *Chris this pic's never came After Christmas Picing the new year I ~Guy another tier Instruman Pet Sty~ made call for Ronnie Jackson AKA RJ I dial the ~phone~ number And Ronnie Jackson RJ Dial put in his phone number I said my name and gave Ronnie Jackson AKA RJ the phone line hung up After about a min and said his Aunt unknown people told him to call back about 30min later I put my pin number In Again Ronnie Jackson AKA RJ dial his Aunt unknown number I said my name gave Ronnie Jackson AKA RJ the phone About 4min went by Ronnie Jackson RJ Hung up the phone On New Years Day January 1, 2022 Puncho Bonded Out And went Home (But shortly before ~it~ made the call for Ronnie Jackson RJ Earl Shearl walking in the dayroom while me and puncho was listing to music on the tablet And out of nowhere Earl Shearl said you gone do some time that Girl family waiting on you down in the Joint (victim on my case) I just looked at Earl Shearl and walked off I never discuss anything to Earl Shearl about my case ever) On January 3, 2021 Robert Chandler went to the penitentiary I was called to court that same Day And issue a Expidition warrant for a misdemeanor weed charge ~I was locked~ ~Was locked up in LaPorte County Jail when~ I miss the ~court Date this~ Was another way to keep me from bonding out. The next Day or so They brought A guy on the tier name Jermaine Bates who was in the cell Next door to me And ~talk~ Jermaine Bates would talk to himself All Day so I could never get no sleep, DCFS Came to see me About the victims on my case After that ~I~ Sineca AKA Simba And my self would be Arguing mainly because Simba AKA Sineca was trying to Help me Remember what happens to me and what was going on around me but I had no memory of what happen And Sineca AKA Simba Couldn't bluntly tell me, Correctional Officer Shannon And

Correctional Officer Harrington was placing the tier on lockdown because the county jail supposely was short of staff and we wouldn't be able to get the tablet off of the charger because correctional officer on the tier wouldn't grab it until the ~~after noon~~ EVENING. I later found Terrie ann Peterson AKA Tee AKA Pudge was moved back to the old jail. They ended up bringing another guy on the tier who talk to his self his name unknown. He was moved after the 3 day. Jermaine Bates went home January 14, 2022. ~~On January 16, 2022~~ On January 18, 2022 Earl Sheard was on the phone saying they about to let him lose. Earl Sheard then further stated he would be in the office in a couple of weeks. Earl Sheard didn't know I was in the door listening because it was early in the morning and I was waiting to go to court. When Earl Sheard got off the phone Earl Sheard was telling Johnnie Wellin AKA Scratch we need to get down to the office immediatly. I notice it was around 10:30am so I tried to call Rgistenay Whittenburg to see about my court date and the phone was completly off the telmate was not letting me login. Ronnie Jackson RJ who was alledgly sleep the whole time and never went to the front by the phones stated they turned the phones off Johnnie Wellin AKA Scratch just looked at Ronnie Jackson AKA RJ like he just mess up. Another guy unknown was brought on the tier the same way. Shortly after that Ronnie Jackson RJ Earl Sheard, Johnnie Wellin AKA Scratch, Rob Tucker and my self was moved to X C-Pod leaving Sineca AKA Simba and the unknown guy.

# XC-POD

Correctional Officer Young said my Court Date Had been cancel Due to Cuid 19 and Johnnie Wellin Alha Scratch Ronnie Jackson Aka RJ Richert Tucher Earl Sheal and myself was being moved to XC-POD as well for Quarantine. Johnnie Wellin aka Scratch and myself was placed in the same cell (but I was on single man cell on VA-Pod) Ronnie Jackson Aka RJ And Earl Sheal in the same cell And Robert Tucher housed by himself January 19, 2022 Johnnie Wellin Alha Scratch And myself Did range I called Courteney Whittenburg and Courteney Whittenburg said Huizh E. Marzie the lawyer sent Courteney Whittenburg a letter stating my Court Date January 18, 2022 was being cancelen for no show of parties Courteney Whittenburg staten the letter was Dated for January 13, 2022 Correctional Officer Hosea brought Earl Sheal His commissary food items On January 20, 2022 while in the Cell with Johnnie Wellin Alha Scratch I saw he up to Johnnie Wellin Alha Scratch snooping around the Boy Cell I ask Johnnie Wellin Alha Scratch what was he doing Johnnie Wellin Alha Scratch Couldn't Explain Himself Johnnie Wellin Alha Scratch Staten it was cold And he was trying to cover the button Door with a single sheet of paper. I then Got up press the Call button And ask Correctional Officer unknown to see psych And Im feeling Suicidal and the walls Closing upon stepping out of the cell I explain to Correctional Officer unknown what had happen in the cell with Johnnie Wellin Alha Scratch and ask Correctional Officer unknown move me Correctional Officer unknown staten He couldn't move me So upon speaking to mental Health Specialist unknown I written Suicide watch.

(On January 20, 2022 Earlyer that Day I seen Deantae Fountain Alha Dee Tyreiese Couture Alha Stix Martin Nemnac Alha Shaggy thru the window on XB-POD I spoke to Deantae Fountain Alha Dee thru the Door of XC-Pod to XB-POD And Deantae Fountain Alha Dee told me that they moved Terrieonne Peterson A.K.A Tee A.K.A Pudge As Soon As they Got on XB-POD

# Suicide Watch

I Stayed on Suicide watch on the 4th floor Mental Health Unit For 2 Days on the January 22, 2022 I spoke to Mental Health Specalist Richard CF whom liast name I Don't know (Gray Coat) And explain to mental Health Richard my Situation and why I was feeling Suicidal And Mental Health Richard then cleared me of ~~Mental~~ Suicide watch Correctional Officer Elcho came to move me I Ask Correctional Officer Elcho where was He moving me Correctional Officer Elcho then staten back to the same tier same cell I then told Correctional Officer Elcho I Don't mind Going back to the same tier but not the same cell so I Refuse Housing and was written a Disciplinary ticket by Correctional Officer Elcho Correctional Officer Elcho them moven me to E4-4th floor

# 3SC OLD JAIL

After mumbling it on the tier I was placed in cell I which Had Feces, Urine, and Other bodily Fluids then CORRECTIONAL OFFICER Anderson who Do Disciplinary came to my cell And called me out for my Refusal Dis ciplinary ticket Correctional OFFICER Anderson was Correctional OFFICER Jones who I haven't seen since that Day but CORRECTIONAL OFFICER Jones Ask me what was my cellmate name who I was in the cell with During the Disciplinary Hearing And I told Correctional OFFICER Jones Donnie Luellin Correctional OFFICER Anderson then stated part of this Interview Going to be Redacted for Security Purposes. I was then placed back on 3SC where I was threaten by Inmates with Feces Bottles if I Didn't tell them where I was from, what I was charge with I told them I was from Chicago, And what I was charge with but nothing in Detail Cornelius Grant AKA lil C was out on his one hour Range And Cornelius Grant AKA lil C had Correctional OFFICER Unknown move me to cell 2 which was Alot cleaner. Walter Rondo Jamal Deontae Hill Covosio Meyer AKA lil moe Marshall Eduardo Carrol Diaz AKA Lalo Unknown Cornelius Grant AKA lil C And myself Walter Rondo was Running A little store with commissary for Inmate who was seg status and couldn't go to commissary for Food Walter Rondo would Have who Do buisness with Walter Rondo cash app Walter Rondo $10-$15 more than what the commissary would normally cost. Some times Walter Rondo would have the commissary Items on stand by Depending on how many Items the Other person was trying to purchase I later Found out this was Another tactic to have other Inmates stand by my cell because Walter Rondo cell was next Door to my cell, For me to buy commissary Items because I was seg status, etc. After A Day or two Walter Rondo Eduardo Carrol Diaz Lalo Jamal Deontae Hill Cornelius Grant Aka lil C Covosio Meyer Aka lil moe All stated they worthing for the police which is Walter Rondo Covosio Meyer Aka lil moe Cornelius Grant Aka lil C Jamal Deontae Hill Eduardo Carrol Diaz AKA Lalo Also stated they trying to Go Home. I told Walter Rondo Eduardo Carrol Diaz Aka Lalo Jamal Deontae Hill Covosio Meyer Aka lil moe And Cornelius Grant Aka lil C I Aint made At you but I Dont talk About Anything Incriminating About my Chargos. I had to talk to Tonyantha

LaJoyce Harris Who Correctional Officer Ford Had to call to tell inmate to activate my pin number. When I call Tonyanitha Lajoyce Harris Tonyanitha Lajoyce Harris told me she have a new phone number which Tonyanitha Lajoyce Harris gave me. I told Tonyanitha Lajoyce Harris to setup A video visit which Tonyanitha Lajoyce Harris did And the screen on the video visit would be going blank everytime Tonyanitha Lajoyce Harris would try to show me something. I would be Able to hear Tonyanitha Lajoyce Harris but not see Tonyanitha Lajoyce Harris this would Also Happen on 3SF visits Aswell) A Couple of Days After that I Heard my Assault ticket with correctional Officer Ihemple and Correctional Officer unknown I explain to Correctional Officer Ruberts And Correctional Officer Anderson what Had happen And I never Recieved Any Result As to what happen with the ticket. I Spoke with Tonyanitha Lajoyce Harris And Tonyanitha Lajoyce Harris was telling me Tonyanitha Lajoyce Harris was Going to file Her Taxes And send me some money when it come in A few weeks. Jamal Deantre Hill was talking About his Baby Mother Unknown AKA Blood who was Alledgly white, was Going to file Jamal Deantre Hill taxes Blood stayen in Arizona supposely. But the more And more Deantre Hill Describe were Blood stay in Arizona it sound like were Tonyanitha Lajoyce Harris stay in Chicago. I Didn't think Nothing of it At the time. New RiPowell would work in the tier every New And then this was RiPowell way of Checking on things And not looking suspicious. Jamal Deantre Hill Cavosio Meyer AKA lil moe Cornelius Grant AKA lil C Walter Rondo would be banging Feces Bottles full of Other bodily fluids that would Stinh the whole tier up And say they shitting people out with Charges like mine New Alledgly Marshall had Charges Similar to mine And when Walter Rondo Cavosio Meyer AKA lil moe Cornelius Grant AKA lil C Jamal Deantre Hill was done banging the feces bottles they would say Dont worry About Nothing we Aint talking to you we talking to that white Bitch Marshall (Who Court Date was 3-10-22 like mine At the time) The Next Day Or So I Did Some business with Walter Rondo on the Commissary And Courteney Whittenburg And Cash App Some money to Walter Rondo CashApp Walter Rondo Had to Order the Items from Commissary. After I Got the Items I Gave Marshall

A Needle And Marshall ASH EDUARDO CARROLL DIAZ WAS it cool to EAT the needle like something could possibly be wrong with it, So I told Marshall How can Give me my needle back if you think I have something to it (I later found out Correctional Officer Give inmate utensil to reseal certain Commissary Item) EDUARDO CARROLL DIAZ Who Lalo Had came by my cell with some pictures of a few Individual I WAS familiar with And EDUARDO CARROLL DIAZ AKA Lalo was telling Me how they his peoples. Cuosio Meyer AKA lil Moe ended up throwing Fecie's on Marshall And Correctional Officer MERRIT Meeun Marshall off the tier. Another inmate Whom FIRST NAME I Don't know last name Shadow came on the tier the same day. I recieved A VISH from my Lawyer A couple of Days later And Thirke. MARRIE Gave me my Full Discovery because I was In A 23/1 hour setting And SINGLE CELL So I could Go over my Discovery And write Down Any Question I wanted Thirk E. MARRIE to Ash because Thirke. MARRIE WAS Going to Hear the Deposition on 3-10-2022 Which I found out on 3-10-2022 Thirke. MARRIE WAS Just Now filing the Deposition. I informed Thirke. MARRIE that the inmates on the tier is Speaking on Specific Details of How my case is written up by Police Officer (Angela Jones breifing of Discovery) And I need A wire (Thirk E. MARRIE then States Thirke. MARRIE can't Get Me No wire this case is nonsense And I'm Going Home. I notice In my Discovery which I only went over When everybody had Dro they range And nobody else was coming back out that Alot of Important Information was Visible victim's mine Social Security, Phone number, license plate, Address, etc. Now this whole time Walter Rondo Cuosio Meyer AKA lil Moe Cornelius Grant AKA lil C Jamal Deontae Hill EDUARDO CARROLL DIAZ Alo Would All be discussing Urban Novels they than Read About this Guy being Rape In front of his Daughter. Cuosio Meyer AKA lil Moe Cornelius Grant lil C Jamal Deontae Hill Walter Rondo EDUARDO CARROLL DIAZ AKA Lalo Continue to Talk About people with charges like mine Now that it was it nobody else to my knowledge with charges like mine the only person they could be talking to is me. Shadow would come Down by Walter Rondo cell And conversate with Walter Rondo the whole Range time Shadow Seen I was In the Bible So Shadow Gave me A book Call TEN By Danny Shelton And told me I need to Read it. I Read About 10 Pages of the TEN Book but couldn't Get Into it I

was to busy writing Question For My Deposition And Going over my Discovery. (Be very mindful I Still Didn't Have A Clue As to what happen to me the TEN Book explanation is one of the many Books of what Terrionne Peters AKA TEE AKA Pudge Tyreitse Couture AKA Stix Johnnie Luellin AKA Scratch Mark Newman AKA Shaggy Did to me) Maurice nka Tonya Lajoyce Harris Had gother taxes I told Tonya nka Lajoyce Harris to Cash App the $700 to my cousin which Tonya nka Lajoyce Did Jamal Deantae Hill Didn't tax money From Blood And Jamal Deantae Hill Birthday was Alledgly Coming up And Walter Rondo Had still owe me For me Com- missary Items From A previous shop so I told Walter Rondo to Give the Rest to Jamal Deantae Hill so Jamal Deantae Hill Could Eat For his Birthday. Cwosie Meyer AKA lil moe Jamal Deantae Hill Walter Rondo Cornelius Grant AKA lil C Edward Carroll Diaz AKA Lala Continue to pass messages Back And Forth And probably to the tier behind us because Jamal Deantae Hill would be conversating with A Guy Name T-Man (who I went to court with 3-10-2022) AND Jamal Deantae Hill would be telling T-Man how Jamal Deantae Hill Cash App the money to T-MAN wife Mrs. Harris Account And T-MAN would send Jamal Deantae Hill Cigarett because I would smell the smoke Edwardo Carroll Diaz AKA Lala Had A lighter Now T-MAN Supposly Had A Guy on the tier who suppose to be snitching And T-MAN Called over to Jamal Deantae Hill And ash Jamal Deantae Hill to Fish this paper worth from the tier in Front of our tier Now Cwosie Meyer AKA lil moe was out on his Range Cwosie Meyer AKA lil moe Got the paper From the Front tier And it was Almost over. So Cwosie Meyers AKA lil Moe had to Then Cwosie Meyer AKA lil moe start Reading the paper off And it was some Guy locth up And it was my turn to Come out Next which I Did I got on the phone with the Maurice nka Tonya nka Jayce Harris tolth to Tonya nka Lajoyce Harris For A while. But in the Shower When I was Done Jamal Deantae Hill ash me could I Fish the paper which I Grab A booth with A Rope wrapped Around It I tried throwing the booth to the back tier And wasn't successful. Now on the tier T-MAN was on You would Hear Inmate Screaming And hollering while other Inmates Stomping tramp out the Correctional officer would Run over on the tier T-MAN was on And Supposely locth them down. this would happen Every other week. Jamal Deantae Hill ash me could Jamal Deantae Hill could Blood Send some Books in my Name I told Jamal Deantae Hill Yeah At First thou I Rememdred A Conversation Jrayvon Boatman AKA light Skin' G' was Having with Deantae

Fountain AKA DEE About being Careful with the music, books, etc Because they would try to use that against you in court. So I told Jamal Deontae Hill Now. I Had Got a visit From Tonyanikha Layoyce Harris who was running thru the house Naked saying I'm a hoe, fuck this Baby, So I Asked Tonyanikha Layoyce Harris I Don't Want to Hear you ever say that About my Daughter (Tonyanikha Layoyce Harris was Acting out what happen to me) I had my Cousin send Walter Rondo $400 thru CashApp And My Aunt sent Walter Rondo Another $50 Cash App. Walter Rondo told me He couldn't Go to store for me because Walter Rondo Didn't Have No store of his own And that Walter Rondo would have Walter Rondo Mother unknown send my money Back How ever I wanted it send. I told Walter Rondo to see if his Mother unknown could wire me the money Back to my Account, So When Walter Rondo Got on the phone with his mother unknown she Got on the touchpay Direct.com App And said the App is Requiring my full name, Birthday, And ID# which I Gave to Walter Rondo to Give to his Mother unknown who Also state touchpay Direct.com Never Require this much Information to send money - Walter Rondo Mother Unknown states Touchpay Direct.com is Charging $12.50 for every $200 And you can only send $200 A day, I told Walter Rondo to tell his Mother Unknown to see if it Go thru which it DID. After the Second transaction of $200 I told Walter Rondo Mother unknown she could keep the extra $25 for her troubles. The Following Day while I was out on Range Cousio Meyor AKA lil moe Walter Rondo Jamal Deontae Hill i'll Ask me to Check they Account And Cousio Meyor AKA lil moe Ask me to Check his visiting App to see if he could Get visit which I told them I Can't log into the Account. Twalter Rondo says yes you can the face Recognition Dont work on this tier. I Check both Walter Rondo And Jamal Deontae Hill Account And Cousio Meyor AKA lil moe visiting App. Walter Rondo then told me your Refusal ticket is over with And if you Aint Got the Results for the Assault ticket then that mean you beat the ticket I All out the Commissary order for food And it went thru Now Jamal Deontae Hill would talk About Blood All Day And the more Jamal Deontae Hill Describe Blood other Baby Daddy unknown the more Jamal Deontae Hill Some what Describe me. this was every

(Third) Day for weeks. Jamal Deontae Hill Cuvosio Mayor AKA lil mee Cornelius Grant AKA lil C And Walter Rondo Had sent a letter to Classification Jannette on trying to get on a regular tier because Cuvosio Mayor AKA lil mee Walter Rondo Cornelius Grant AKA lil C And Jamal Grant Been in SEG a long time. Cuvosio Mayor lil mee Cornelius Grant AKA lil C Jamal Deontae Hill And Walter Rondo All started when they Get to where they Going IF one Fight they All Fight (I ask Correctional Officer Powell to check my status before I went to comm issary for Food And Correctional Officer Powell stated its only showing you Protected Custody) The state Trays I was Getting During this time Period either Had me running off No solid bowel movement, either or Slightly Drowsy. I Got A video visit from Tonyanika Layeyce Harris And Tisia last night unknown Tonyanika Layeyce Harris sister was [Tisia] with Tonyanika Layeyce Harris on the video visit. Now A Day or two later Cuvosio Mayor AKA lil mee Get to describing the neighbor hood Tasia from And how Tasia Hair was on my visit So I asked Cuvosio Mayor AKA lil mee Do he Know my people which Cuvosio mayor AKA lil mee stated Now He Dont even Know No Females from Chicago. Later on that Night Correctional officer Boland collected a phone thru his Hoodie From Jamal Deontae Hill. Cuvosio Meyor AKA lil mee Jamal Deontae Hill started describing Tonyanika Layeyce Harris Body parts And Saying Tonyanika Layeyce Harris Nick Name Neck And Backdoor And how they Gave shit people out with Charges like mine. Walter Rondo Hit His wall like they talking About you So During the Breakfast Feed Correctional Officer Boland Gave Every body 2 Breakfast trays the came out First for my 1 Hour Range And I told Correctional Officer Muluchi And Correctional Officer Heck I cant be over Here they Gave shit me out pray you please move me which Muluchi [Correctional Officer] Did.

# WC/POD

I was move to WC/POD in what is considered the new building I locked down. The next day a guy who last name Hudson had went home came to my cell and drop a booklet off called a Glimpse of His Glory by Yvonne Shelton (A booth that contain to what happen to me and whats going on in the the county jail I never read the booth until May of 2023) I got a video visit from Tonyanilha Lajayce Harris and Tasia I asked Tonyanilha Lajayce Harris How do [Tonyan lil] Lajayce Harris and Tasia know Santal Deantae Hill an Caresio Meyer aka lil'mce And Tonyanilha Lajayce Harris Stated she dont know none of these people then Tonyanilha Lajayce Harris mother Tonyanilha Lajayce Blackman who was with Tonyanilha Lajayce Harris at the time call Tasia and asked Tasia did she know anybody in Cathe County jail and Tasia said yeah Dolo I said I haven't been around anybody who go by Dolo what his real name Tasia said Caresio I said Caresio Meyer aka lil'mce I told Tasia Tonyanilha Lajayce Harris, and Tonyanilha Lajayce Blackman they Caresio Meyer aka lil'mce aka Dolo working with the police they was talking about Specific details on my case using a different name and they said it a couple of days later there was a memo saying protected custody can be housed with administrative seg. ~~with an of a seg would not accept it a visit I had to watch me to kill pick you out of and~~ ~~i did you this there why you ever seen your love ones~~ I got a video visit from Tonyanilha Lajayce Harris on Easter and seen my daughter in the middle of the video visit Tonyanilha Lajayce Harris little brother ~~Kyan~~ came out of the shower with soap all over him (something that actually resemble how I was looking ~~before~~ since Alpha Simba wash me up) Then all of a sudden Tonyanilha Lajayce Harris would stop answering the phone for a couple of days, at a time. ~~(several lines struck through and illegible)~~ May 11, 2022 or May 12, 2022 the uncle WC/Pod was move to H-Pod Also a guy [last] name Nash ~~???~~ — R—B—B ~~was on the tier but went home~~

I was at HPOD for a few hours to a ~~bending~~ cell then moved to 3SE while the second stage of verbal psychological ~~torture~~ began.

# 3SA OLD JAIL

The tier began to talk about rape and how this guy a faru thaw Describing how my body look penis but not saying my name. The inmate unknown started describing the Tonyanitha Lajoyce Harris. Then They weu talking about my charges but not say my name. I ended up Going on suicide watch

# SUICIDE WATCH

While on suicide watch I had a meeting with Staff and was moved to regular tier XB-Pod Staff By the way knew what happen to me as well

# XB-POD

The 3rd stage of psychological torcher (Be mindful this the tier Deanhae Fountain Alpa Dee, Ty, Reiese Coulture Alpa Stix Terrieanne Peterson AKA Tee AKA Pudge Mark Nemnac Alha Shaggy was sent to All together. The First Day of Being on XB-Pod Mark Nemnac Alha Shaggy had tollo me Junnie Luellin Alha Scratch Had went to the penitenary Deanhae Fountain Alha Dee Had went home Tyreiese Coulture Alha Stix had went to the penitenr I notice Earl Shearl was housed right next door to me and Earl Shearl had told me that Ronnie Jackson Alha RJ and Earl Shearl Had got into a fight and thats why they moved Earl Shearl to XB-Pod (By the way Ronnie Jackson AKA RJ was still on XC-Pod by the way. Once I was on XB-Pod Had already got they Dinner trays and I had got my Dinner tray from Suicide watch and brought it over to XB-Pod XB-Pod was still locked down waiting for Dayroom I Ate my food tray and immediatly went to sleep At the time I didnt think nothing of it but was extremly odd I welke up and Charles Ikenenti Nafis was in the Day Room the tier 3y people extremly quiet, incl the TV off and when I came out everybody was just looking at me smirking. I cant cut talk to my son Tonyanitha Lajoyce He said call Which I did. Now a couple of days Go by and a guy name Regional Johnson AKA Bam, I kept talking About Female Being Hoes and this Faggot ass Dude this and this Faggot ass dude that. I notice Regional Johnson AKA Bam Didnt say No name so I didnt pay it no attention I notice Eduardo Carroll Diaz AKA Lolo was on the tier as well and Regional Johnson AKA Bam would be hanging with this Guy name

Jamal Sandual with alot of muscel and Regional Johnson AKA Bam would say all this disrespectful things looking in my Direction and Go stand by Jamal Sandaval. A Couple of Days Go by and I notice every time I Go to use the phone Certain Inmates would all Go run to the phone and start Dialing when I was Dialing, and Certain phone Didnt work so I was force to use Certain other phones There was 6 tablets on the tier and Certain Inmates Control all six tablets other people Could only use the tablets if they was in the Dayroom. Charles Kenneth Nafus was cool with some of the Guys who Control the tablets so some times Charles Kenneth Nafus Could Get the tablets in the cell During New Dayroom hour and we would watch movie or listen to music. I notice Earl Shearl was in Control of a lot of Inmates Earl Shearl would be passing messages and to Regional Johnson AKA Bam, Unknown AKA Dee, Unknown AKA lil C and other Inmates and they would Go use the phone or wait 5 to 10 min and Go relate the messages to other Inmates and when this happens about 20 min later the pyschological torcher began with the rape talk and this individual being a Faggot. I notice the Guys on the tier all sit in mainly the same Groups every Day. Also Another thing Now all of a sudden Earl Shearl was let out of his cell at all Different times of the Day or Night for alledgly med line which Earl Shearl never Got meds more than the 2 times it was conducted on 3SF. Now Charles Kenneth Nafus had told me that Charles Kenneth Nafus had started this New sleeping medication and that at 8:00pm Charles Kenneth Nafus would locken Down early and Go to sleep which was another set up Also Charles Kenneth Nafus would sleep on the floor which I later found was Another Set up. Now when I would come in the cell I would Go straight to sleep because it would be 10:30 pm Charles Kenneth Nafus would be sleep and all of a sudden I would wake up to Charles Kenneth Nafus Creeping around the cell so I told Charles Kenneth Nafus this is much your cell as it is mine make some noise when you wake up letting me know you moving around Now I notice shortly after this conversation Earl Shearl was coming back from med line and it was 1:00am. A Couple of weeks Go by and I woke up to Charles Kenneth Nafus standing over me like Charles Kenneth Nafus was about to pull his penis out. So when I Got up I ask Charles Kenneth Nafus what the fuck was He Doing Charles Kenneth Nafus then stated He was sorry Charles Kenneth Nafus thought he was at the toilet

And I want It con his sleeping medication. I excuse Charles Kenneth Nafus and told him Dont let that shit happen no more - Now I had order commissary and my money was falling off of my account. For the order Ran everything everybody Got they Commissary but me I place another order and my money was falling off fer the Commissary Never being Refunded fer the first order that didnt come and that order Didnt come neither. I ended up Getting both order the following week I notice Dee Had Got a bag of chips completly seal with nothing but 1 chip literally In the bag. A couple of days litter A Guy name Collin aka [last] Bay Bay was brought on the tier. Collin AKA Bay Bay would talk about this Fagget this this Fagget that basically Assisting Regional Johnson aka Bam with this Atermizing And Regional Johnson Aka Bam Collin AKA Bay Bay I Approached and I Asked who yall referring to And Regional Johnson Aka Bam And Collin AKA Bay Bay Stated they wasn't talki, to me they was talking about this Rapper name Lil jay. So I left it alone New this order Guy last name Hall who Charles Kenneth Nafus And myself Had borrow Sure Coffee came to Kannles Kenneth Nafus and my Cell and gave us the Coffee Referring to the Coffee As Drugs. Now Earl Sharal would Stand behind this Stand Right In front of Earl Sharal Cell or that the Cell right next to it Earl Sharal and Lil C would be talking when Earl Sharal would normally Do this And All of A sudden Regional Johnson Aka Bam Collins AKA Bay Bay would Start with the nonsense A Couple of Days litter while talking to Tonyamitha Lajoyce Harris The DCFS worker was on the way to Tonyamitha Lajoyce Harris House but Tonya mitha Lajoyce Harris never told me Exactly what for All Tonyamitha Lajoyce Harris Stated was somebody anonymous Called on Tonyamitha Lajoyce Harris A few month Ago. I notice when mail was conducted - Correctional Officer Mlodecki Had gave a Inmate last name Bennett Another Inmate legal mail who also last name Bennett, who by the way Returned the mail back to Correctional Officer Mlodecki. A Couple of Days After that I woke up to Another Incident with Charles Kenneth Nafus Standing over me while I was Sleep I told Charles Kenneth Nafus to put his shoes on Im About to beat Your Ass Charles Kenneth Nafus then Stated it was the sleeping medication and He swore He thought He was At the tier lot So I Get up and made my bed on the top Bunk. When I Came out fer Day Room I notice Earl Sharal and Lil C By the stand in front of Earl Sharal Room

So when Earl Shoard and Lil C moves I steed right in front of the stand and I notice you could see Charles Thonn with Nafus upper Body Face and all, but from were I was laying either way on my bunk I couldn't see Earl Shoard or Lil C unless I walk to my door. Earl Shoard end up going to the penitentionary Allegdly now all of a sudden Hall was coming out at all times of the Day to med line also Hall was passing messages like Earl Shoard use to do, etc. The psychological Abuse began to Got worses so I went on Suicide watch.

*[several lines of illegible scribbled text]*

Suicide watch

*[illegible line]*

## SUICIDE WATCH Y-POD

I was placed in the cell with no running water at a single cell on suicide watch. Blast for 72 hours and was able to walk. I then to stay in the door on the floor was the cell also... no correctional officer/maintenance attend to my issue. the broken... The grievance issue was a separate matter. I was moved... my... Y-POD... cell was to running.

## X C-POD

I was placed in the cell with a guy name Charles Johnson AKA CJ after acceptance of days of being in the cell with Charles Johnson AKA CJ in the county jail service mixed with meat and sugar something they... not do... I was sleep and I woke up to my door wide open everybody on the tier was out fly they... tier... as would start saying he been violated if... somebody was doing something to my sleep. I... out again the same day and the same thing correctional officer stop announcing breakfast lunch, or dinner. I reported this incident to correctional officer/maintenance Meyer and request to be moved and the full video audio footage and correctional officer Meyer stated he can't move me the facility is supposedly full and classification stated they can only put no 23/1 lockdown or X B-POD which Pod is having the same issue and correctional officer Meyer stated he want violate the rules. I then grievances this issue as well.

# 3SA OID JAIL

I went to protective custody to 3SA OID Jail Classification Rodriguez I Had ask to move me Classification Rodriguez Stated Im Classification Jannette little project Classification Rodriguez States He's Not Getting Involved. I ask Correctional Officer Evan who was a cadet at the time to move me Cadet Evans stated Yeah Know What Classification Rodriguez Said I ask Correctional Officer Frazier to move me Correctional Officer Frazier told me to Fill out a Protective Custody Release Form Which I Fill out 2 protective custody Release Forms. This is when I Notice Correctional Officer Frazier change in attitude towards me because Correctional Officer Frazier Started making indirect comments towards me but speaking to other inmates. Swart Aguilar Also would be making Indirect Comments towards me Speaking to other inmates and I Dont even Recall a time having a issue with Correctional Officer Frazier or Swart Aguilar a couple of weeks of Being on the tier Basket was I was another call part was suicide watch was brought to 3SA for suicide watch/Seg for more than likely The tier took a slight change the brought a inmate Real Name unknown AKA Tee on the tier and they started inmate first name James last name unknown as the tier was squaring away me down the bars and I Report to the Correctional Officer name Don't recall me to ask a whole bunch that stated that a Comment the issue that the other inmate when the psychology started here. Then the psychological began with the indirect comments of What happen to me on 3SF with Tyrouese culture AKA Stix Terniecue Peterson AKA Tee AKA Pudge Johnnie Luellens AKA Scratch, Mark Neimac AKA Shaggy, Which in a crazy way spark my memory on some of the incident but I felt it could of been Done in a better way than playing sharades because it brought Correctional officers time to clean things up. (theres also a Dispatch because it was called in the incident) There was a bunch of latino's brought on the tier and they started atognizing the unknown situation as well and I went on Suicide watch, Also the nurse Alexi triggered my memory as well About a statement Nurse Alexi made.

# SUICIDE WATCH

I Spoke with Mental Health Specialist Bri About what was going on and Mental Health Specialist Bri Stated maybe Alot of what is going on with you is because of your case. When I ask what are you saying the Mental Health Specialist and I asked the Mental Health Specialist Bri and I asked as I asked what is she saying to me mental health Specialist Bri ...

[several lines of illegible handwriting]

## 3SC

3SC I was psychologically terrorized to the point where I refuse locked down by Inmate unknown Correctional Officer Ri Powell was working the tier off and on and on this particular day R Correctional Officer Ri Powell was working the tier and But Warden Cox who I spoke with about what was going on with me and why I was feeling the way I was. I was moved to the 4th Floor A as I requested.

## 4th Floor A

I was psychologically terror by a Inmate Name Anthony Pizinta with the assistance of Clusterks C/O Kelley C/O Bergens and multiple other Correctional Officers I grievance every situation on the 4th Floor concern this issue. Also a guy name Denzel Pricing was brought to 4th Floor A alledgly Denzel Pricing Had been transferred from Mount Sterling a correctional facility in Illinois to Back to lake County Jail for a rape Denzel Pricing had on his cell mate unknown. Anthony Pizinta would tallh nonsense to Denzel Pricing about his situation but I later found out this is how Anthony Pizinta, Denzel Pricing, and some staff communicate. Also that was the first time I heard about Devon Green Field AKA Dutch Lafa

## H-Pod

AND Barnes AKA B-Man

I was mysteriously moved to H-Pod from 4th Floor A right after seeing medical by Stewart Shannon and C/O Collins I was on H-Pod for about a week after grievancing the issue of why I felt I was moved to H-Pod and ie asking to go to a old man deck where it was kind of layed back I was moved by Classification Jarrette

# VB - POD

I was placed in the cell with a guy who apperence looked like a transgender name Billy last name unknown. Who was cool but use to save all his trays and wait days before Billy would eat them causing Billy to get boils so I requested to be removed out of the cell with Billy and was placed in the cell with Earnest Hoover (who I was on 3SD for a short while with) By then mostly everything came back to me about the sexual assault so I tried to get 1983 forms and had a difficult time recieving 1983 forms from staff a older guy name unknown had gave me the standard 1983 form which I filled out. Earnest Hoover start acting weird when Earnest Hoover found out I was filing a civil suit against Lake County Jail. On February 20 2023 the whole tier was shake down and all the inmates were placed in a vestibule while all the tier property was being searched. While in the vestibule I got in a physical altercation with another inmate Rashad Cunningham. AKA lilC I was sent to 3SD for segregation. I was brought back on the tier by correctional officer Sterlke and pack up my property and was sent to 3SD. Also inmate Nash was on VB-POD but left after 3 to 5 days of me being on the tier

# 3SD OLD JAIL

While on 3SD my property was in the hallway of the 3rd floor unattended for hours I ask correctional officer Chism (who also continue to have other inmate and staff attognize me) to get me my property. Correctional officer Chism stated he not working on my side of the tier. Summt Jackson ended up bringing me my property after about 4 hours and my property had only a bag of refried beans and a beef barbacoa in the bag I was missing over $60.00 of commissary and I was told by summt Jackson my property was state owned property. and I would get it apon my release from seg. There was a lilC last name mcngeany. A guy in the back tier who manegeany AKA lilC name Gianrett (who' menigeany AKA lilC would be talking to thru the vent A Laff name Devon Greenfield AKA Dutch was brought to the tie

Her For 3 days Devon Greenfield AKA Dutch LAFA was trying to talk to me but I ignored Devon Greenfield AKA Dutch LAFA because I been Hearing Devon Greenfield AKA Dutch LAFA name As the LAFA who Also set up the Attack on me on 3SF with Terrieoune Peterson AKA Tee AKA Pudge Mark Neimac AKA Shaggy Tyrese Coulture AKA Stix, man Johnnie Wellin NKA Scratch It was some young Guys on the tier who full name unknown But Go by Bam and Duwop. Duwop use to be Rapping And everynow And then the whole tier would be saying Ten All Day AND Another Guy on the tier unknown had a Song Called Ten I even Heard Devon Greenfield AKA Dutch LAFA telling Someone Devon Greenfield AKA Dutch LAFA was only been locked up 9 months And at the time I been locked up 15 months I kind of making It impossible for Devon Greenfield AKA Dutch LAFA to be the LAFA who help set the Attack on me. A Kitchen worker last name Perry AKA lil nut was brought seg name Perry AKA lil nut Resemble Jermaine Bates From 3SF which I found out Is a triplet allegedly (Jermain Bates) It was a older guy in the First cell on the tier name unknown Also was a twin I found this out when I got out of Seg. I had ~~~~ Devon ~~~~ ~~~~ ~~~~ I was Release From Seg ~~~~ ~~~.

## XB-POD

I was brought on XB-POD and Mark Neimac AKA Shaggy was still on the tier AND I Approached Mark Neimac AKA Shaggy About the Assault on 3SF And At First Mark Neimac AKA Shaggy tried to deny It until I started Stating Facts on what happen I told Mark Neimac AKA Shaggy He was going to write a affidavit on what happen which Mark Neimac AKA Shaggy Agree So the tier had to lock up And when the tier came back out I guess Staff Coached Mark Neimac AKA Shaggy Into Not saying Anything but Mark Neimac AKA Shaggy Acted As If He Dront Remember Anything I started to beat Mark Neimac AKI Shaggy Ass but I Realize It was a set up by Classification Amette so I left It Alone. I Got In Contact with Tonya NKA Layeyce Harris And As soon As I tried to show Tonya NKA Layeyce Harris Mark Neimac AKA Shaggy As one of the Inmate who Assaulted me the telmate Screen Had Reset ~~Cutting~~ my visit completly.

off Tonyanikia Laycyce Harris tried to call me back and the visit only showed up on the tablet which I couldn't hear anything and the other tablets just so happen to be use by other inmates I didn't hear from Tonyanikia Laycyce Harris no more.

## 4th FLOOR E

I was on 4th floor E at where I was placed on stay of inter[...]

## X B-POD

[...] I was placed back around March no more atha snaggy and I felt this was a set-up by classifications so I went on protective custody

## 4th H-HALL

I was on the 4th Floor H-Hall and a couple of days go by and I was recieving death threats from Elijah who I later found out real name Joshua Wilson, Malone, and Cortez Hensley I had reported this issue to my lawyer who suposly put me in for a transfer to Porter County bonus you can see I never went nowhere Nash who was on the previous tiers with me even start to atagonize me about what happen, but also enlighten me on something else I didn't know every time I would go to range I notice something move around in my cell, my light stay on 24/7 bright light and I would hear knives being sharpen and literally cement bricks being throwing against my wall all night Correctional Officer

Wouldn't Do Nothing About It, so After one night Nash was talking About my Sexual Assault over the Gallery then Nash Got to talking About W/C Pod And how this Dude left this other Dude After Death but not saying no names. What happen to him, which could only be Hudson And Nash was on WC Pod when Hudson was on W/C Pod. So I Grab the Danny Shelton Book TEN FIRST And I Read It And At FIRST It wasn't making Sense then About half way thru the Book Damn near everything Start to make Sense but worded DIFFERENT on what happen to me on 3SE with the Sexual Assault, Assault, And Being Drug, So I Read the other Book by Yvonne Shelton A Glimpse of his Glory And It Gave me a little Insight on what they was Doing with the Food Trays which I Already Had Figure that out. which I was Getting on A Daily Bases, my money order was Being Sent Back For Silly Reason make me wait weeks longer process my Food Tray was either Spoil, Stale, etc It was Hell And Still is Hell, BRIO Lake County Jail make It seem like It Some type of Cult. So I wrote Classification Jarrette And told Classification Jarrette that I would Drop the Civil Suit And come In Compliance with this way of living. I Askn Classification to Stop Placing me on Set tiers where people Are Agonizing me And can Classification Jarrett place me on a old man tier which Classification Jarrette went on vocation After I Drop the Civil suit. Joshua Wilson AKA Elijah Cortez Hensly And Nash Continue to Get Even worse on the Agonizing. In fact Joshua Wilson AKA Elijah Cortez Hensly, And Nash Stated It's not Going to Stop And you Stupid And Start Singing WAS A Song they Gave rise to they cAN'T rise no more Nash Ended up Going Penitentiary Medely who left A total RECALL Book by Arnold Schwarzenegger And It touch home on most of the concepts And Abs, and what the Lake County Jail GAIN from what they Did to me. I went on Suicide watch July 5, 2023

# SUICIDE WATCH

I was placed on 4th Floor F-Hall For A Day spoke with Classification Jarrett And was moved to VA-Pod July 6, 2023

# VA - POD

I was placed back on VA POD where I was continually psychologically teacher. I was introduce to a guy name Rich Real name unknown who went home July 17, 2023 who was petitioning a class action law suit against Lake County Jail for recreation Some correctional officer wasn't allowing inmate to go to Recreation if they didn't have shoes. So I sign my name Dumix222 on the list. psychological/logical abuse got worse and I found out this was because of Correctional Officer Powell Pushing, Bowen, Frazier and Shannon Doing. I almost got into a physical altercation so I was moved the day Ri Powell and Bowen Just so happen to be working. I was moved to 3SD

# 3SD OLD JAIL

I had made it to 3SD when I notice over $100.⁰⁰ in commissary was missing out of my bag because Correctional Officer Bowen had let my cell mate Brandon Andersen Pack my commissary, property. As soon as I got on 3SD a guy name Robert AKA Insane, unknown, unknown started to Ateqnize me So I couldn't take it no more and I threw feces on Robert AKA Insane who Robert AKA Insane threw feces on me. Correctional officer Ri Powell who Just so happen to be working on the tier and had me moved to H POD

# H-POD

While on H POD Correctional Officer Ri Powell Just so happen to be working on the tier and was doing the 7am count and hitting door when I got up I notice Robert AKA Insane going there and Ri Powell laughing that when I threw Ri Powell had something to do with what happen to me. A day or two later the guys on the tier started making Indirect comments on what happen to me which I knew I remember So I shot feces up unknown two of the guys unknown Door and was moved Back to 4th Floor H-12/11

# 4th FLOOR H-HALL

Apon Making it to H-Hall Cell 3 I went on Suicide watch while on Suicide watch August 14, 2023 Correctional officer Ri Powell was making his rounds on may the 4th Floor H-Hall and I told Ri Powell He a dead man I'm gone kill you Bitch, mother fucker you set that shit up that happen to me on 3SF and Powell Correctional officer Ri Powell Stated when you know why they Get down on your Faggot Bitch Ass Because the shit you DID in Hammond Indiana referring to my Criminal charges. I Reporten the incident to Mental Health Jasmine and Mental Health Ryan who I Ask Mental Health Jasmine and Mental Health Ryan to both Document what had happen and to Request the full video and audio because Im on suicide watch and I cant use telinmate on the phone because the Floor I was on. [If I was on 4-Pod Mental Health Fiction I would be able to call Family and use the telmate.] I was moved to H-Pod By CPL Carter.

# H-POD

I was moved the next day by Correctional Officer Brooks who didn't want me on H-Pod. Correctional Officer Brooks moved me to 3SA

# 3SA OLD JAIL

I was on 3SA For a day and was and moved to Suicide watch by Correctional officer Chisim

# 4th FLOOR E HALL

I was place in 4th Floor E-Hall which Appear to be clean in Appearance but smell like strong urine. I was pyschologically tenchen by Correctional officer Frazier and unknown Inmates Correctional officer Frazier was saying thats whats we do take care your girl and kids why you locken up referring to me while a guy preaching all Day talking about how my penis looks (mind ful I'm in the naked alone) and my case and sexual assault but never saying my name I