# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| GARRETT WHITTENBURG, <br>     Plaintiff, <br><br> v. <br><br> LAKE COUNTY FACILITY, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> )    CAUSE NO.: 2:23-CV-425-JVB-JEM <br> ) <br> ) <br> ) |

## ORDER

Garrett Whittenburg, a prisoner without a lawyer, was ordered to file an amended complaint on the proper form. ECF 3. He was later granted additional time to do so until February 12, 2024. ECF 8. He was cautioned that if he did not file an amended complaint by the deadline, the case could be dismissed without further notice. *Id*. The deadline has passed, but Whittenburg has not filed an amended complaint nor responded in any other way.

For these reasons, this action is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is **DIRECTED** to close this case.

SO ORDERED on February 22, 2024.

                                                       s/ Joseph S. Van Bokkelen <br>
                                                      JOSEPH S. VAN BOKKELEN, JUDGE <br>
                                                      UNITED STATES DISTRICT COURT