# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

GARRETT WHITTENBURG

       Plaintiff

  v.

Civil Action No. 2:23-cv-425

LAKE COUNTY FACILITY
MEDICAL, *unknown first name, unknown last name*
CORRECTIONAL OFFICER, *unknown first name, unknown last name*
COMMISSARY, *unknown first name, unknown last name*
TELMATE
ANGELA JONES, *Public Defender*
JUDGE
LAWYER
WARDEN, *unknown first name, unknown last name*
JARRETTE, *Classification, unknown first name, unknown last name*
TELMATE TECHNICIAN, *unknown first name, unknown last name*
POWELL, *Correctional Officer, unknown first name*
SHANNON, *Correctional Officer, unknown first name*
RUIZ, *Correctional Officer, unknown first name*
HARRINGTON, *Correctional Officer, unknown first name, unknown last name*
TERRIEONNE PETERSON, *Inmate*
TYREISE COUHURE, *Inmate*
JOHNNIE LUELLIN, *Inmate*
MARK NELMAC
LAW LIBRARY, *unknown first name, unknown last name*
CORRECTIONAL OFFICER, *unknown first name, unknown last name*

       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

____ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

____ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

  __X__  Other: This case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

__X__ decided by Judge Joseph S Van Bokkelen.

DATE: 2/22/2024          CHANDA J. BERTA, CLERK OF COURT

                                                     by  s/A. Highlen  
                                                     *Signature of Clerk or Deputy Clerk*